**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DAVID FIERRO,

    Plaintiff,

v.                                             Case No: 8:22-cv-1805-WFJ-TGW

MIDLAND CREDIT MANAGEMENT,
INC.,

    Defendant.
_____

## ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **MIDLAND CREDIT MANAGEMENT, INC.** in Tampa, Florida on the 27th day of October, 2022.

                                         ELIZABETH M. WARREN, CLERK

                                         s/L. Richards, Deputy Clerk

Copies furnished to:

Counsel of Record